No. D–1821. IN RE DISBARMENT OF SIDDIQI. Anis Ahmad Siddiqi, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1822. IN RE DISBARMENT OF CADE. Gladys Maxine B. Cade, of Silver Spring, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1823. IN RE DISBARMENT OF BALDAUFF. Michael Chapman Baldauff, of York, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1824. IN RE DISBARMENT OF BARRON. Kenneth Ray Barron, of Tyler, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1825. IN RE DISBARMENT OF HINES. John H. Hines, Jr., of Smithfield, R. I., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1826. IN RE DISBARMENT OF PICCIRILLI. Vincent J. Piccirilli, of Cranston, R. I., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1827. IN RE DISBARMENT OF TALLO. Richard C. Tallo, of East Greenwich, R. I., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.